IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

~~SHELBY COUNTY CRIMINAL JUSTICE CENTER~~ D.S.,
DARWIN STEWART
(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

~~DARWIN STEWART~~ D.S.,
SHELBY COUNTY CRIMINAL
JUSTICE CENTER
(Enter above the full name of the defendant
or defendants in this action.)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I. Previous Lawsuits
   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (X)

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit
      Plaintiffs: N/A
      Defendants: N/A

      2. Court (if federal court, name the district; if state court, name the county): N/A
      3. Docket Number: N/A
      4. Name of judge to whom case was assigned: N/A
      5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A
      6. Approximate date of filing lawsuit: N/A
      7. Approximate date of disposition: N/A

Revised 4/18/08

II. Place of Present Confinement: SHELBY COUNTY CRIMINAL JUSTICE CENTER

A. Is there a prisoner grievance procedure in the institution?
   Yes (X)  No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes (X)  No ( )

C. If your answer is Yes:
   1. What steps did you take? I reported it to officer finally investigators came and talked to me I was examined at outside clinic and they told me they were going to inform me further also at the outside clinic they gave me antibiotics ceftriaxone-injected zithromax Metronidazole
   2. What was the result? futile, I exhausted the grievance system still I got no relief

D. If your answer is No, explain why not: _____

III. Parties
(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff Darwin Stewart
   Address SHELBY COUNTY CRIMINAL JUSTICE CENTER, 201 POPLAR (4-A-6) MEMPHIS, TN. 38103 (moved to 4-5-17)

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)

B. Defendant D.S., Shelby County Criminal Justice Center is employed as D.S. _____
   at _____

C. Additional Defendants: _____

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

D.S. I have been raped D.S. while in this facility and nothing has been done about it and it has happened to me repeatedly

V. Relief
   State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.
   I want to be compensated for my mental + physical anguish I need also my freedom and $3,000,000.00 most of all my rights as a man of the United States and as a human being

VI. Jury Demand
   I would like to have my case tried by a jury. Yes (X) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

   Signed this __21__ day of __October__, 20__13__.

_Darwin Stewart_
(Signature of Plaintiff/Plaintiffs)