# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division

### JUDGMENT IN A CIVIL CASE

Darwin Stewart,
    Plaintiff,

v.

                                        CASE NUMBER: 2:13cv2824 JDT-dkv

Shelby County
    Defendant,

    **Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 10/1/2014, the Defendants' Motion for Summary Judgment is GRANTED and the Defendant is entitled to judgment as a matter of law.

    It is CERTIFIED, pursuant to Fed.R.App.P.24(a) that any appeal in this matter by Plaintiff would not be taken in good faith. Leave to proceed on appeal *in forma pauperis* is, therefore, DENIED. Accordingly, if Plaintiff files a notice of appeal, he must also pay the full appellate filing fee or file a motion to proceed *in forma pauperis* and supporting affidavit in the Sixth Circuit Court of Appeals within thirty (30) days.

**APPROVED:**

                                                 **s/James D. Todd**
                                                 JAMES D. TODD
                                                 UNITED STATES DISTRICT JUDGE

**THOMAS M. GOULD**
**CLERK**

**BY: S/JENNIFER HODGE**
**DEPUTY CLERK**